WILBURN ET AL., APPELLEES, *v.* ALLSTATE INSURANCE COMPANY, APPELLANT.

[Cite as *Wilburn v. Allstate Ins. Co.* (1996), 75 Ohio St.3d 470.]

(Nos. 95–824 and 95–825—Submitted April 15, 1996—Decided May 15, 1996.)

---

*Bressler, Shanks & Gelding Co., L.P.A.,* and *Harvey Joel Bressler,* for appellees.

*Heath & Associates* and *James V. Heath,* for appellant.

---

The judgment of the court of appeals is affirmed on the authority of *Girgis v. State Farm Mut. Auto. Ins. Co.* (1996), 75 Ohio St.3d 302, 662 N.E.2d 280, and the cause is remanded to the trial court for further proceedings not inconsistent with *Girgis.*

MOYER, C.J., DOUGLAS, RESNICK and PFEIFER, JJ., concur.

F.E. Sweeney, J., dissents for the reasons stated in his opinion concurring in part and dissenting in part in *Girgis v. State Farm Mut. Auto. Ins. Co.* (1996), 75 Ohio St.3d 302, 309–312, 662 N.E.2d 280, 285–287.

Cook, J., dissents.

Stratton, J., not participating.